McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

Oct 08, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>7893 WHISPER WOOD WAY, SACRAMENTO CA 95823,<br><br>and<br><br>INFORMATION ASSOCIATED WITH SNAP, INC. ("SNAPCHAT") ACCOUNTS XCALEB619 AND RYANR820 THAT ARE STORED AT PREMISES CONTROLLED BY SNAP, INC. | CASE NO: 2:20-SW-0921-DB AND 2:20-SW-0922-DB<br><br>ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 10/8/2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANTS